HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>REEDHEIN & ASSOCIATES d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC.; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; and TREVOR HEIN, individually,<br><br>Defendants. | Case No. 2:21-cv-01378-BJR<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND PRELIMINARY APPROVAL ORDER |

WHEREAS, this matter has come before the Court pursuant to the *Unopposed Motion to Amend Preliminary Approval Order* (the "Motion");

WHEREAS, this Court has considered all of the submissions related to the Motion and is otherwise fully advised;

ORDER GRANTING UNOPPOSED
MOTION TO AMEND PRELIMINARY APPROVAL
ORDER
Case No. 2:21-cv-01378-BJR

1

IT IS HEREBY ORDERED AS FOLLOWS:

Brian Adolph's motion to modify the court's December 30, 2022 order is granted. Paragraph three of that order shall be amended as follows:

3. The Court approves the two-step process for providing notice identified in the Classes' motion. Class Counsel shall disseminate long-form notice to all Class Members by email within twenty-one (21) days of the issuance of this Order. The emails sent to Class Members shall contain the full long-form notice and a link to the website, reedheinclass.com. Class Counsel shall preserve metadata showing which emails were opened for the Settlement Administrator and the Court. Within twenty-one (21) days of sending the aforementioned emails, Class Counsel shall provide the names, email addresses, and mailing addresses of all Class Members who did not open their emails.

SO ORDERED.

Dated: February 2, 2023

_____
Barbara Jacobs Rothstein
U.S. District Court Judge