HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>REEDHEIN & ASSOCIATES d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC.; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; and TREVOR HEIN, individually,<br><br>Defendants. | Case No. 2:21-cv-01378-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND PRELIMINARY APPROVAL ORDER** |

WHEREAS, this matter has come before the Court pursuant to the *Unopposed Motion to Amend Preliminary Approval Order* (the "Motion");

WHEREAS, this Court has considered all of the submissions related to the Motion and is otherwise fully advised;

IT IS HEREBY ORDERED AS FOLLOWS:

    a. Brian Adolph's motion to modify the court's December 30, 2022 order is **GRANTED**.

    b. The March 23, 2023 Fairness Hearing is **STRICKEN**.

    c. The Fairness Hearing is set for May 16, 2023.

    d. Paragraphs ten, eleven, twelve, and fourteen of the December 30 order shall be amended to read as follows:

10. The Fairness Hearing will be held on May 16, 2023, at 1:00 PM before this Court, at the United States District Court, Western District of Washington, 700 Steward Street, Seattle, WA 98101, to consider whether the Settlement should be finally approved as fair, reasonable, and adequate.

11. On or before May 10, 2023, Class Counsel shall file with the Court any memoranda or other materials in support of final approval of the Settlement.

12. Any Class Member who has not excluded themselves from the Class may appear at the Fairness Hearing or by counsel (at their own expense) and may be heard, to the extent allowed by the Court, either in support of or in opposition to the Settlement. However, no Class Member shall be heard at the Fairness Hearing unless such a person files a "Notice of Intent to Appear in *Brian Adolph et al. v. Reed Hein & Associates et al.*, Case No. 2:21-cv-01378BJR" with the Clerk of Court on or before May 3, 2023 and delivers the same to Class Counsel and Defendants' counsel so that it is received by May 3, 2023. In the notice, the Class Member must include their name, address, telephone

number, and a signature. Class Members who intent to object at the Fairness Hearing must also have followed the procedure for objection in writing as set in Paragraph 9 of this Order.

14. Any Class Member may hire an attorney at their own expense to appear in the action. Such attorney shall serve a Notice of Appearance on Class Counsel so that it is received on or before May 3, 2023 and file it with the Court within ten days of service on Class Counsel.

DATED this 10th day of March, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

Approved as to form:

____/s/ Gregory Albert_____
Gregory Albert, WSBA No. 42673
Albert Law PLLC
3131 Western Ave, Ste 410
Seattle, WA 98121
greg@albertlawpllc.com
(206) 576-8044
*Attorney for Class Representative Brian Adolph*

ORDER GRANTING UNOPPOSED           3
MOTION TO AMEND PRELIMINARY APPROVAL
ORDER
Case No. 2:21-cv-01378-BJR