HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated;<br><br>    Plaintiff,<br><br>v.<br><br>REEDHEIN & ASSOCIATES d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC.; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; and TREVOR HEIN, individually,<br><br>    Defendants. | Case No. 2:21-cv-01378-BJR<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

WHEREAS, this matter has come before the Court pursuant to *Plaintiffs' Motion for Final Approval of Class Settlement* (the "Motion");

WHEREAS, the Court finds that it has jurisdiction over the Actions and each of the parties for purposes of settlement and asserts jurisdiction over the Class Members for purposes of effectuating this settlement and releasing their claims; and

ORDER GRANTING
FINAL APPROVAL OF SETTLEMENT - 1
2:21-cv-01378-BJR

WHEREAS, this Court has considered all of the submissions related to the Motion and is otherwise fully advised;

IT IS HEREBY ORDERED AS FOLLOWS:

**FINAL APPROVAL OF SETTLEMENT AGREEMENT**

1. The terms of the Settlement Agreement dated April 12, 2022, attached to the Declaration of Tallman H. Trask IV as Exhibit 1, are approved as fair, reasonable, enforceable, and adequate. To reach that decision, the Court considered the factors described in *Officers for Justice v. Civil Service Comm's*, 688 F.2d 615 (9th Cir. 1982) and insurance bad faith claims under Washington law as described in *Rushforth Construction Co., Inc. v. Wesco Ins. Co.*, No. C17-1063, 2018 WL 1610222 (W.D.W.A. 2018) and *Truck Ins. Exch. v. VanPort Homes, Inc.*, 58 P.3d 276 (Wash. 2002). The Court has considered the posture of this litigation, the value of the assigned claims, and the risks and benefits to the Parties involved in both settlement of these claims and continuation of the litigation. The settlement agreement contains two insurance bad faith claims, a claim against Trevor Hein, and claims against third-party law firms who provided services to Reed Hein. The Court also finds that the Settlement Agreement was entered into after extensive arm's length negotiations by experienced counsel. The Settlement Agreement was not the product of collusion among the negotiating parties. The Court finds that an analysis of the foregoing factors supports the Settlement Agreement as fair, reasonable, and adequate.

2. The notice campaign accorded with the notice program approved by the Court on December 30, 2022. The notice campaign satisfied the requirements of Fed. R. Civ. P. 23 and Due Process.

# EXCLUSION OF CLASS MEMBERS

1. The Court will exclude from the class all members who provided a request for exclusion. These excluded Class Members are the 36 customers who sent requests to opt-out to Simpluris.

2. The following Class Members, identified by name and address, have provided valid exclusion requests and are excluded from the Settlement Agreement:

   a. John Edwards, 10608 Pookey Way, Upper Marlboro, MD 20774

   b. William H. Hoover, 12337 Highway 175, Masnfield, LA 71052

   c. Rudolf Kilpert, 60 Hansen Rd., Unit 58, Mississauga, ON L5B 2P6, Canada

   d. Joseph Daghe, 23630 E. Mineral Pl., Aurora, CO 80016

   e. Albert Krause, 307 W. Welton Ave., Temple, TX 76501

   f. Betty Lusk, 846 San Fernando Ln., New Braunfels, TX 78132

   g. Lea Paveling, 98 Falconer Dr., Unit 19, Mississauga, ON L5N 1Y2, Canada

   h. Ko Tangen, 332 C St., Apt. 43, Chula Vista, CA 91910

   i. Jeanine Gilroy, 14646 124th Pl. NE, Woodinville, WA 98072

   j. Robert Chamberlin, 8345 Big Bend Blvd., St. Louis, MO 63119

   k. Hartvig Lund, 23299 Pelican Bass Ln., Pelican Rapids, MN 56572

   l. Ann Roberts, 408-4900 Cartier St., Vancouver, BC V6M 4H2, Canada

   m. Judy Breunig, 3830 Keck Ave., Evansville, IN 47715

   n. Richard Burnstiner, 948 Markham Ct., El Dorado Hills, CA 95762

   o. Erik Solita, 2411 34th Ct., Kenosha, WI 53144

   p. Victor Slade, 307 Evans Estate Dr., Cary, NC 27513

   q. Annette Freda, 105-72 Flatlands 9 St., Brooklyn, NY 11236

   r. James Junk, 133 Sasse Rd., Cabot, PA 16023

   s. Kent Sager, 5071 W. Frenchglen Dr., Eagle, ID 83616

   t. Brian Cress, 2049 Wyndham Hills Dr., Holt, MI 48842

u.  Linda Lewis, 41 Old Ware Rd., Phenix City, AL 36869

v.  Philip Beiriger, 1224 Madison Ave., Dyer, IN 46311

w.  Lee Emery, 11043 SW Summerfield Dr., Apt. 2, Tigard, OR 97224

x.  Kevin Pressler, 13725 25th Ave. SE, Mill Creek, WA 98012

y.  Christine Pressler, 13725 25th Ave. SE, Mill Creek, WA 98012

z.  Ivan Ronayne, 14 Ashdale Ave., Ottawa, ON K2C 3H1, Canada

aa. Laura Gray, 842 Bunker Hill St., Apt. 3a, Charlestown, MA 02129

bb. Daniel Dumke, 331 Calle Felicidad, San Clemente, CA 92672

cc. Everdien Ronayne, 14 Ashdale Ave., Ottawa, ON K2C 3H1, Canada

dd. Jemil Metti, 770 West River Dr., Commerce Township, MI 48382

ee. William Moreland, 890 Deans Lane, Box 248, Seeley's Bay, ON K0H 2N0, Canada

ff. Eileen Moreland, 890 Deans Lane, Box 248, Seeley's Bay, ON K0H 2N0, Canada

gg. Dawn Schmidt, 2957 40th Ave. NE, Tacoma, WA 98422

hh. Stephen Honea, 25 N. Kriklyn Ave., Upper Darby, PA 19082

ii. Kathryn Honea, 25 N. Kriklyn Ave., Upper Darby, PA 19082

jj. Connie Medeiros, 620 Arbor Rd., Mississauga, ON L5G 2J9, Canada

## ENTRY OF CONFESSION OF JUDGMENT

1. The Confession of Judgment with Covenant Not to Execute, attached to the Declaration of Tallman H. Trask IV as Exhibit 2, shall be signed and entered into the record.

DATED this 19th day of May, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

Approved as to form:

____/s/ Gregory Albert_____
Gregory Albert, WSBA No. 42673
Albert Law PLLC
3131 Western Ave, Ste 410
Seattle, WA 98121
greg@albertlawpllc.com
(206) 576-8044
*Attorney for Class*
(206) 576-8044
*Attorney for Plaintiffs*

**ORDER GRANTING
FINAL APPROVAL OF SETTLEMENT - 5
2:21-cv-01378-BJR**