The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN ADOLPH, *et al.*,

    Plaintiffs,

v.

REEDHEIN & ASSOCIATES, *et al.*,

    Defendants.

NO. 21-cv-1378-BJR

**SECOND ORDER RE BRIEFING AND DISCOVERY**

This case was reopened upon Plaintiffs' motion to reconfirm reasonableness of settlement, ECF No. 51. The parties disputed whether the Intervenor, General Casualty Insurance Company, should be allowed discovery prior to a ruling on reasonableness, and the Court requested further briefing as well as a report on the timing implications to the related case, *General Casualty Company of Wisconsin v. Reed Hein & Associates, LLC et al.*, No. 2:23-cv-00725-TMC. *See* Order re Briefing and Discovery, ECF No. 65. The Court has now reviewed the parties' filings, and orders as follows:

1. The Court grants Intervenor's requested five depositions as detailed in ECF No. 68 at 23-25;

2. Discovery must be completed no later than March 13, 2026;

SECOND ORDER RE BRIEFING AND DISCOVERY

- 1

3. Supplemental briefing after discovery shall be limited to five pages each, limited to analysis of the additional deposition testimony; the Intervenor's supplemental brief is due on or before March 20, 2026, and Plaintiff's supplemental brief is due on or before March 27, 2026;

4. The parties shall promptly advise the Court of any modifications to the trial schedule in the related case.

DATED this 19th day of February 2026.

Barbara Jacobs Rothstein
United States District Judge

SECOND ORDER RE BRIEFING AND DISCOVERY

- 2