Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>REED HEIN & ASSOCIATES LLC d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; TREVOR HEIN, individually<br><br>Defendants. | NO. 2:21-CV-01378-BJR<br><br>STIPULATED MOTION FOR LIMITED INTERVENTION |

## **STIPULATED MOTION**

After conferring, RSUI Group, Inc., and RSUI Indemnity Company, Inc. (collectively RSUI) confirmed its interest in attending the upcoming depositions pursuant to the February 19, 2026, Second Order Re Briefing and Discovery. The Parties hereby stipulate and request by motion pursuant to LCR 10(g) that the Court enter an order allowing RSUI to intervene for the limited purpose of attending those upcoming depositions. The Parties further stipulate that

STIPULATED MOTION FOR LIMITED
INTERVENTION – PAGE 1

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

1  RSUI's intervention on this basis shall be without waiver of any procedural or substantive
2  objections RSUI's may assert during its attendance at said depositions.
3        These stipulations do not waive any request for additional procedural or substantive
4  relief that RSUI may make upon intervention.
5        DATED this 3rd day of March, 2026.

PFAU COCHRAN VERTETIS AMALA PLLC

CLYDE & CO. US LLP

*/s/ Christopher E. Love*
Darrell L. Cochran, WSBA No. 22851
darrell@pcvalaw.com
Thomas B. Vertetis, WSBA No. 29805
tom@pcvalaw.com
Christopher E. Love, WSBA No. 42832
chris@pcvalaw.com
*Attorneys for the Plaintiffs*

*/s/ Michael D. Handler*
Michael D. Handler, WSBA No. 25654
michael.handler@clydeco.com
Daniel L. Syhre, WSBA No. 34158
dan.syhre@clydeco.com
Sarah P. Pozzi, WSBA No. 55744
sarah.pozzi@clydeco.com
*Attorneys for Intervenor General Casualty Company of Wisconsin*

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Catarina Ferreira, WSBA No. 56291
catarinaf@scheer.law
*Attorneys for RSUI Group, Inc., and RSUI Indemnity Company, Inc.*

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Plaintiffs**<br>Darrell L. Cochran<br>Thomas B. Vertetis<br>Christopher E. Love<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>tom@pcvalaw.com<br>chris@pcvalaw.com | (  )  Via U.S. Mail<br>( X )  Via E-Mail<br>( X )  Via E-Service<br>(  )  Via Overnight Mail |
| **CO/ Intervenor General Casualty Company of Wisconsin**<br>Michael D. Handler<br>Daniel L Syhre<br>Sarah P. Pozzi<br>Clyde & Co. US LLP<br>401 Union Street, Suite 1400<br>Seattle, WA 98101<br>michael.handler@clydeco.com<br>dan.syhre@clydeco.com<br>sarah.pozzi@clydeco.com | (  )  Via U.S. Mail<br>( X )  Via E-Mail<br>( X )  Via E-Service<br>(  )  Via Overnight Mail |

DATED this 3rd day of March, 2026 at Seattle, Washington.

*/s/ Schuyler Todd*
Schuyler Todd, Legal Assistant

STIPULATED MOTION FOR LIMITED
INTERVENTION – PAGE 3

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070