Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>REED HEIN & ASSOCIATES LLC d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; TREVOR HEIN, individually<br><br>Defendants. | NO. 2:21-CV-01378-BJR<br><br>PROPOSED ORDER GRANTING STIPULATED MOTION FOR INTERVENTION |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Intervention. Having reviewed the file and pleadings and being otherwise duly advised as to the premises, the Court hereby orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

The parties' Stipulated Motion for Intervention is **GRANTED**.

//

//

//

PROPOSED ORDER GRANTING STIPULATED MOTION
FOR LIMITED INTERVENTION – PAGE 1

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

Signed this _____.

_____
HON. BARBARA J. ROTHSTEIN

*Presented by:*

| | |
|---|---|
| PFAU COCHRAN VERTETIS AMALA PLLC | CLYDE & CO. US LLP |
| */s/ Christopher E. Love* <br> Darrell L. Cochran, WSBA No. 22851 <br> darrell@pcvalaw.com <br> Thomas B. Vertetis, WSBA No. 29805 <br> tom@pcvalaw.com <br> Christopher E. Love, WSBA No. 42832 <br> chris@pcvalaw.com <br> *Attorneys for the Plaintiffs* | */s/ Michael D. Handler* <br> Michael D. Handler, WSBA No. 25654 <br> michael.handler@clydeco.com <br> Daniel L. Syhre, WSBA No. 34158 <br> dan.syhre@clydeco.com <br> Sarah P. Pozzi, WSBA No. 55744 <br> sarah.pozzi@clydeco.com <br> *Attorneys for Intervenor General Casualty Company of Wisconsin* |

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Catarina Ferreira, WSBA No. 56291
catarinaf@scheer.law
*Attorneys for RSUI Group, Inc., and RSUI Indemnity Company, Inc.*