**THE HONORABLE BARBARA J. ROTHSTEIN**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

REEDHEIN & ASOCIATES d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC.; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; and TREVOR HEIN, individually

Defendants.

No. 2:21-cv-01378-BJR

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Brian and Kerri Adolph appeal to the United States Court of Appeals for the Ninth Circuit from the order Denying Motion to Reconfirm Reasonableness of Settlement and Vacating Judgment, Judgment entered by the District Court (ECF No. 84) and the prior rulings and orders which resulted in the judgment.

SIGNED this 2nd day of July, 2026.

PFAU COCHRAN VERTETIS AMALA PLLC


By: */s/ Christopher E. Love*
Darrell L. Cochran, WSBA No. 22851
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

ALBERT LAW PLLC

By: */s/ Gregory Albert*
Gregory Albert, WSBA No. 42673

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF APPEAL
NO.  2:21-cv-01378-BJR
Page 1



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, **Thien Lau**, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system which will send notification of such filing to the following:

Daniel J. Bugbee
DBS Law
155 NE 100th St Ste 205
Seattle, WA 98125
(206)489-3802
dbugbee@lawdbs.com
*Attorney for Defendant Brandon Reed*

Steven W. Fogg
Jack M. Lovejoy
John T. Bender
Maia R. Robbins
CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
(206)625-8600
sfogg@corrcronin.com
*Attorney for Defendants Reed Hein & Associates, LLC, and Makaymax, Inc.*

Michael D. Handler
Daniel Syhre
Sarah P. Pozzi
Clyde & Co. USA
401 Untion St., Ste. 1400
Seattle, WA 98101
*micheal.handler@clydeoco.com*
*Daniel.syhre@clydeco.co,*
*sarah.pozzi@clydeco.com*
*Attorneys for Intervenor General Casualty Company of Wisconsin*

Jennifer L. Crow
Catarina Ferreira

PLAINTIFFS' NOTICE OF APPEAL
NO.  2:21-cv-01378-BJR
Page 2



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Scheer.Law PLLC
701 5th Ave. Ste. 3860
Seattle, WA 98104
*jen@scheer.law*
*catarinaf@scheer.law*

*Attorneys for Intervenors RSUI Group, Inc. and RSUI Indemnity Company, Inc.*

DATED this 2nd day of July, 2026.

By: */s/Thien Lau*
Thien Lau
Legal Assistant

PLAINTIFFS' NOTICE OF APPEAL
NO.  2:21-cv-01378-BJR
Page 3



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654