HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated;

    Plaintiff,

v.

REEDHEIN & ASSOCIATES d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC.; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; and TREVOR HEIN, individually,

    Defendants.

Case No. 2:21-cv-01378-BJR

**DEFENDANTS' NOTICE OF APPEAL**

    Notice is hereby given that Defendants Reed Hein & Associates, LLC, Brandon Reed and Makaymax, Inc. appeal to the United States Court of Appeals for the Ninth Circuit from the order Denying Motion to Reconfirm Reasonableness of Settlement and Vacating Judgment, Judgment entered by the District Court (ECF No. 84) and the prior rulings and orders which resulted in the order.

DEFENDANTS' NOTICE OF APPEAL - 1
2:21-cv-01378-BJR

DATED this 16th day of July, 2026.

CORR CRONIN LLP

*s/ Jack M. Lovejoy*
Steven W. Fogg, WSBA No. 23528
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendants Reed Hein & Associates, LLC, Brandon Reed and Makaymax, Inc.*

DEFENDANTS' NOTICE OF APPEAL - 2
2:21-cv-01378-BJR

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned certifies as follows:

On July 16, 2026, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

Gregory Albert
Carmen Albert
Jonah Ohm
ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA 98121
(206) 576-8044
greg@albertlawpllc.com
carmen@albertlawpllc.com
jonah@albertlawpllc.com
*Attorneys for Plaintiff*

☐ Legal Messenger
☐ E-Mail
☒ ECF/E-Service
☐ 1st Class Mail
☐ Overnight Mail

Darrell L. Cochran, WSBA No. 22851
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832
Pfau Cochran Vertetis Amala PLLC
701 5th Ave #4300, Seattle, WA 98104
Phone: (206) 451-8260
darrell@pcvalaw.com
tom@pcvalaw.com
chris@pcvalaw.com
*Attorneys for Plaintiff*

☐ Legal Messenger
☐ E-Mail
☒ ECF/E-Service
☐ 1st Class Mail
☐ Overnight Mail

Michael D. Handler
Daniel Syhre
Sarah P. Pozzi
CLYDE & CO. USA
401 Untion St., Ste. 1400
Seattle, WA 98101
micheal.handler@clydeoco.com
Daniel.syhre@clydeco.com
sarah.pozzi@clydeco.com
*Attorneys for Intervenor General Casualty Company of Wisconsin*

☐ Legal Messenger
☐ E-Mail
☒ ECF/E-Service
☐ 1st Class Mail
☐ Overnight Mail

DEFENDANTS' NOTICE OF APPEAL - 3
2:21-cv-01378-BJR

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Daniel J. Bugbee
DBS Law
155 NE 100th St Ste 205
Seattle, WA 98125
(206)489-3802
dbugbee@lawdbs.com
*Attorney for Defendant Brandon Reed*

☐ Legal Messenger
☐ E-Mail
☒ ECF/E-Service
☐ 1st Class Mail
☐ Overnight Mail

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED July 16, 2026 at Seattle, Washington.

_s/ Wen L. Cruz_
Wen L. Cruz

DEFENDANTS' NOTICE OF APPEAL - 4
2:21-cv-01378-BJR

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900